1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  J & J SPORTS PRODUCTIONS, INC.,      )   1:11-cv-680 LJO GSA
                                        )
10              Plaintiff,              )
                                        )
11        v.                            )
                                        )   ORDER TO SHOW CAUSE
12                                      )
                                        )
13  ANTHONY PAOLILLI, et al.,           )
                                        )
14                                      )
                Defendants.            )
15  _____ )

16
17        On January 6, 2012, Judge O'Neill issued an order requiring that Plaintiff file a status

report no later that February 29, 2012, outlining the status of the bankruptcy proceedings against
18
the remaining Defendant Giulia Paolilli, as well as its intentions regarding pursuing default
19
judgment against this defendant. (Doc. 27).  To date, no status report has been filed.
20
Accordingly, within five days, Plaintiff shall either file the status report, or alternatively, show
21
cause why sanctions shall not be imposed for failure to follow the Court's order.
22
        IT IS SO ORDERED.
23
    **Dated:    March 6, 2012    **            **/s/ Gary S. Austin**
24                                         UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1