# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | 1:11-cv-680 LJO GSA |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| ANTHONY PAOLILLI, et al., | ) | |
| Defendants. | ) | |

On January 6, 2012, Judge O'Neill issued an order requiring that Plaintiff file a status report no later that February 29, 2012, outlining the status of the bankruptcy proceedings against the remaining Defendant Giulia Paolilli, as well as its intentions regarding pursuing default judgment against this defendant. (Doc. 27).  To date, no status report has been filed. Accordingly, within five days, Plaintiff shall either file the status report, or alternatively, show cause why sanctions shall not be imposed for failure to follow the Court's order.

IT IS SO ORDERED.

**Dated:    March 6, 2012    **                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1