IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-0680 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** (Doc. 29.) |
| vs. | |
| GIULIA PAOLILLI, | |
| Defendant. | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to sole remaining defendant Giulia Paolilli, individually and dba B.B.'s Lounge Oyster Bar & Grill. Given the dismissal of the other defendants, this Court VACATES all pending dates and matters and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 9, 2012**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1