**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>        Plaintiff,<br>   vs.<br>GIULIA PAOLILLI,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 11-0680 LJO GSA<br><br>**ORDER TO DISMISS DEFENDANT**<br>(Doc. 29.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to sole remaining defendant Giulia Paolilli, individually and dba B.B.'s Lounge Oyster Bar & Grill. Given the dismissal of the other defendants, this Court VACATES all pending dates and matters and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 9, 2012**               /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE