UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 1:11-cv-00680 LJO GSA |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REASSIGN THIS MATTER TO NEW DISTRICT AND MAGISTRATE JUDGES |
| v. | |
| ANTHONY PAOLILLI, et al., | |
| Defendants. | |

On October 31, 2024, Plaintiff filed a notice of association of attorney with this Court. ECF No. 41.  The District Judge currently listed as presiding over this matter is no longer an active member of this Court.  In addition, this case falls outside the scope of matters that are currently assigned to the undersigned.

Given these facts, although this case was voluntarily dismissed by Plaintiff on March 7, 2012 (see ECF No. 29) (Plaintiff's voluntary dismissal), and the case was dismissed on March 9, 2012 (see ECF No. 31) (order dismissing defendant and closing case), for further tracking of this case the Clerk of Court will be directed to assign new District and Magistrate Judges to this matter.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign new District and Magistrate Judges to this matter.

IT IS SO ORDERED.

    Dated:  **November 14, 2024**                    **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE